# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FRANCISCO JAVIER JAYME,
and ALICIA ROJAS JAYME,

    Appellants,

v.                                                        No. 1:18-cv-00675-JCH-KRS

JOE JESSE MONGE,
and ROSANA ELENA MONGE,

    Appellees.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** comes before the Court on Appellants' Notice of Appeal. Appellants challenge the Bankruptcy Court's final judgment in Adversary Proceeding No. 15-01079-t, and the Bankruptcy Clerk has filed a notice indicating the appellate record is complete. Pursuant to Bankruptcy Rule 8018 and Local Rule 7.4(d), the Court now sets the briefing scheduling below. Briefs must support each fact with a pinpoint citation to the record that includes the docket number and the PDF page number (*e.g.,* Doc. 20 at 350). The Court may disregard any fact or reference to the record not supported by a pinpoint citation.

**IT IS, THEREFORE, ORDERED** that Appellants file an opening brief on or before **March 1, 2019**.

**IT IS FURTHER ORDERED** that Appellees file a response brief on or before **April 1, 2019**.

**IT IS FURTHER ORDERED** that Appellants may file an optional reply brief on or before **April 15, 2019**.

                                                                     KEVIN R. SWEAZEA
                                                                       UNITED STATES MAGISTRATE JUDGE