IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE FRANCISCO JAVIER JAYME,
and ALICIA ROJAS JAYME,

    Debtors,

FRANCISCO JAVIER JAYME,
and ALICIA ROJAS JAYME,

    Appellants,

v.

JOE JESSE MONGE, and
ROSANA ELENA MONGE,

    Appellees.

No. 1:18-cv-00675-JCH-KRS

## ORDER OVERRULING OBJECTIONS AS MOOT

**THIS MATTER** comes before the Court *sua sponte*. On February 28, 2019, Appellants filed a motion for leave to file their opening brief under seal. (Doc. 29). On March 8, 2019, before a response was filed, the Court denied the request. (Doc. 30). On March 14, 2019, however, Appellees filed objections to Appellants' motion opposing the filing of the brief under seal. (Doc. 33). Because the Court had already ruled on the matter and denied relief, the objections became moot. To clarify the record, the Court overrules them now as moot for that reason.

**IT IS, THEREFORE, ORDERED** that Appellees' objections (Doc. 33) are **OVERRULED as moot**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE